AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: The maximum penalties are:
(1) Imprisonment: Maximum 10 Years.
(2) Fine: $250,000
(3) Supervised release: Maximum 3-year Term
(4) Special assessment: $100.00.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ KAYODE GANSAH

DISTRICT COURT NUMBER

CR08-449 DLJ

FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Christine Y. Wong, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction  } ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-449**

KAYODE GANSAH,
a/k/a "George Johnson,"
a/k/a "James Johnson,"
a/k/a "George Kayode Gansah,"

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

---

A true bill.

_____ Foreman

Filed in open court this ___9___ day of
JULY 2008

_____ Clerk

Bail, $ 0 — bail warrant request
7-9-08

E-filing

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                   OAKLAND DIVISION
11
12 | UNITED STATES OF AMERICA,      )   No. CR08-449 DLJ
                                    )
13 |     Plaintiff,                 )   VIOLATION: 18 U.S.C. § 922(g)(1) –
                                    )   Felon in Possession of a Firearm
14 | v.                             )
                                    )   OAKLAND VENUE
15 | KAYODE GANSAH,                 )
       a/k/a George Johnson         )
16     a/k/a James Johnson,         )
       a/k/a George Kayode Gansah,  )
17                                  )
         Defendant.                 )
18                                  )

19
20                    INDICTMENT
21
   The Grand Jury charges:
22
   COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)
23
       On or about May 29, 2008, in the Northern District of California, the defendant,
24
                         KAYODE GANSAH,
25                       a/k/a George Johnson,
                         a/k/a James Johnson,
26                  a/k/a George Kayode Gansah,

27 having previously been convicted of a felony crime punishable by a term of imprisonment

28 exceeding one year, did knowingly possess a firearm, described as a Smith & Wesson, Desert


INDICTMENT

Eagle, .40 caliber pistol with serial number 97310816, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED:   July 9, 2008

A TRUE BILL

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA C.Y. WONG

INDICTMENT