1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant GANSAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00449-DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| vs. | ) | **CONTINUING SENTENCING DATE** |
| KAYODE GANSAH, | ) | Hearing Date: April 10, 2009 |
| | ) | Requested Date: May 1, 2009 |
| Defendant. | ) | |

It is hereby stipulated between counsel for Kayode Gansah, Angela M. Hansen, and Assistant United States Attorney Christine Wong, that the sentencing date of April 10, 2009 should be continued to May 1, 2009 at 10:00 a.m. The parties have consulted with United States Probation Officer Brian Casai who has been assigned to draft the Presentence Investigation Report in this case, and Mr. Casai is in agreement with this continuance.

The parties agree to a short continuance because the Probation Office needs additional time to conduct the probation interview with Mr. Gansah and to complete the draft report. For this reason, the parties stipulate and agree that the sentencing date should be continued to May 1, 2009 to give Probation the time necessary to prepare a complete report.

1 | DATED: March 10, 2009                          /S/

2                                          _____
                                           CHRISTINE WONG
3                                          Assistant United States Attorney

4
                                                    /S/
5 | DATED: March 10, 2009
                                           _____
6                                          ANGELA M. HANSEN
                                           Assistant Federal Public Defender
7

8 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the sentencing hearing presently set for April 10, 2009 is hereby continued to May 1, 2009 at 10:00 a.m.

Dated: March 11, 2009

_____
HON. D. LOWELL JENSEN
Senior United States District Judge